IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



KENNY YOUNG                                                    PLAINTIFF

VS.                                        CIVIL ACTION NO. 3:17cv527GWR-LBA

AMERICAN MEDICAL RESPONSE, INC.,
MOBILE MEDIC AMBULANCE SERVICE
INC. D.B.A. AMR CENTRAL MISSISSIPPI
AND JOHN DOES 1-5                                            DEFENDANTS

## NOTICE OF REMOVAL

TO:   Kenny Young
      % Kenneth C. Miller, Esq.
      213 S. Lamar Street (39201)
      P. O. Box 1759
      Jackson, MS 39215-1759

      Kenny Young
      % David L. Sullivan, Esq.
      Sullivan Law Firm, PLLC
      P. O. Box 4413
      Laurel, MS 39440
            *Plaintiff*

      Kenneth C. Miller, Esq.
      213 S. Lamar Street (39201)
      P. O. Box 1759
      Jackson, MS 39215-1759

      David L. Sullivan, Esq.
      Sullivan Law Firm, PLLC
      P. O. Box 4413
      Laurel, MS 39440
            *Attorneys for Plaintiff*

D0792366.1

Honorable Anthony Grayson
Smith County Circuit Clerk
P. O. Box 517
Raleigh, MS 39153

In accordance with 28 U.S.C. §§ 1332, 1441 and 1446, you are notified that defendants

American Medical Response, Inc., and Mobile Medical Ambulance Service, Inc. (collectively

"AMR"), have removed the action entitled "*Kenny Young v. American Medical Response, Inc.,*

*Mobile Medic Ambulance Service, Inc. D/B/A AMR Central Mississippi and John Does 1-5*," bearing

Cause No. 2017-116-1, from the Circuit Court of Smith County, Mississippi to the United States

District Court for the Southern District of Mississippi, Northern Division, and in support thereof

state as follows:

### Background

1.      Plaintiff commenced this action on May 24, 2017 by filing a complaint in the Circuit

Court of Smith County, Mississippi, assigned Cause No. 2017-116-1, and styled "*Kenny Young v.*

*American Medical Response, Inc., Mobile Medic Ambulance Service, Inc. D/B/A AMR Central*

*Mississippi and John Does 1-5*." A copy of all process, pleadings and orders served on this

defendant are attached as Exhibit A.

### Amount in Controversy

2.      This case involves alleged damages arising out of medical care provided by AMR to

plaintiff on August 18, 2016. Plaintiff alleges that AMR caused him to fall approximately 10 to 12

steps down a flight of stairs while transporting him to an ambulance. Complaint, ¶5. Plaintiff

alleges that AMR failed to provide appropriate medical care and that AMR acted with negligence

and/or gross negligence. *Id.* at ¶9. Plaintiff further alleges that he suffered "severe physical and

emotional distress, physical pain and suffering, bodily injury and permanent disfigurement" as a

result of AMR's alleged acts or omissions. *Id.* at ¶12. Plaintiff seeks damages for past, present, and

future severe, permanent and disabling injuries; past, present, and future physical pain and suffering;

past, present, and future mental and emotional anguish; past, present, and future loss of wages and

wage earning capacity; past, present, and future doctor, hospital, drug, and medical expenses; loss

of enjoyment of life; and punitive damages. *Id.* at ¶19. It is facially apparent that plaintiff's claims

exceed $75,000 and the amount in controversy is satisfied. *See, e.g., Montgomery v. First Family*

*Fin. Serv.,* 239 F. Supp. 2d 600, 605 (S.D. Miss. 2002) (holding amount in controversy met where

plaintiffs demanded unspecified punitive damages and noting that federal courts in Mississippi have

consistently held a claim for an unspecified amount of punitive damages is deemed to exceed the

amount necessary for federal jurisdiction).

### Complete Diversity

3.      Plaintiff is a resident citizen of Mississippi. Compl., ¶1.

4.      Defendant American Medical Response, Inc., is a Delaware corporation with its

principal place of business in Colorado.

5.      Defendant Mobile Medic Ambulance Service, Inc., is a Delaware corporation with

its principal place of business in Colorado.

6.      Plaintiffs named as defendants John Does 1-5.   The citizenship of fictitious

defendants is to be disregarded.  28 U.S.C. § 1441(b)(1).

### Procedural Prerequisites are Satisfied

7.      This removal is timely in accordance with  28 U.S.C. § 1446(b) as it is being filed

within one year of the filing of the complaint.  The removal is within the 30-day period under 28

U.S.C. § 1446(b) as defendant was served on May 31, 2017.

8.     The United States District Court for the Southern District of Mississippi, Northern

Division, is the federal judicial district embracing the Circuit Court of Smith County, Mississippi,

making venue proper under 28 U.S.C. §1441(a).

9.     A copy of this Notice has been filed with the Circuit Clerk of Smith County,

Mississippi and has been provided to all parties pursuant to 28 U.S.C. §1446(d).

This the 30th day of June, 2016.

                                        Respectfully submitted,

                                        AMERICAN MEDICAL RESPONSE, INC. AND
                                        MOBILE MEDIC AMBULANCE SERVICE, INC.


                                BY:     _____

                                        OF COUNSEL


TOM JULIAN - BAR # 101905
tjulian@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI  39215-1084
TELEPHONE:  (601) 969-7607
FACSIMILE:  (601) 969-1116


ATTORNEY FOR DEFENDANTS, AMERICAN MEDICAL RESPONSE, INC. AND
MOBILE MEDIC AMBULANCE SERVICE, INC.

## CERTIFICATE OF SERVICE

I, Tom Julian, attorney for American Medical Response, Inc. and Mobile Medic Ambulance Service, Inc., Defendants herein, hereby certify that I have this day filed the original of the above and foregoing Notice of Removal and Exhibit hereto in the United States District Court for the Southern District of Mississippi, Northern Division, and that upon the filing of the original Notice and Exhibit hereto, I have served a true and correct copy of the said Notice and Exhibit on:

> Kenny Young, Plaintiff, in care of his attorneys, Kenneth C. Miller, Esq. and David L. Sullivan, Esq., by mailing to their usual business addresses in Jackson and Laurel, Mississippi;
>
> Kenneth C. Miller, Esq., attorney of record for the Plaintiff, Kenny Young, by mailing to his usual business address in Jackson, Mississippi;
>
> David L. Sullivan, Esq., attorney of record for the Plaintiff, Kenny Young, by mailing to his usual business address in Jackson, Mississippi; and
>
> Honorable Anthony Grayson, Smith County Circuit Clerk by electronically filing a Notice of Notice of Removal with a copy of said Notice of Removal attached thereto;

all to effectuate the removal of a civil action entitled, "*Kenny Young v. American Medical Response, Inc. and Mobile Medic Ambulance Service, Inc. d.b.a AMR Central Mississippi and John Does 1-5*," being Civil Action 2017-116-1, on the docket of said Circuit Court, to the United States District Court for the Southern District of Mississippi, Northern Division, pursuant to the statutes and rules in such cases made and provided.

WITNESS MY SIGNATURE, this the 30th day of June, 2017.

TOM JULIAN
Attorney for American Medical Response, Inc.,
Mobile Medic Ambulance Service, Inc.