IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNY YOUNG                                              PLAINTIFF

VS.                                        CIVIL ACTION NO. 3:17cv527CWR-LRA

AMERICAN MEDICAL RESPONSE, INC.,
MOBILE MEDIC AMBULANCE SERVICE
INC. D.B.A. AMR CENTRAL MISSISSIPPI
AND JOHN DOES 1-5                                        DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on to be heard on the motion of all parties to dismiss this action with prejudice because it has been fully compromised and settled, and the Court, having considered the same, noting the agreement of the parties, and being otherwise fully advised in the premises, finds that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims in this civil action shall be and the same are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 2nd day of May, 2018.

_____
DISTRICT COURT JUDGE

APPROVED AND AGREED TO:

_____
Attorney for Kenny Young

_____
Attorney for Mobile Medic Ambulance Service, Inc.
and American Medical Response, Inc.

D0964895.1